UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-MJ-1113

FILED IN OPEN COURT
ON 5/30/13
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | **WAIVER OF DETENTION HEARING** |
| | ) | |
| ANGELA CHRISTINA LAINEZ-FLORES | ) | |

I, __ANGELA CHRISTINA LAINEZ-FLORES__, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the Complaint, Information or Indictment against me, of any Affidavit filed therewith, and the right to be represented by counsel, all of which I fully understand, and I do hereby waive my rights to a Detention Hearing in this case.

_____
Defendant's Signature

Robert E. Nunley
Defense Counsel's Name **PLEASE PRINT**

_____
Defense Counsel's Signature

_____
JAMES E GATES
United States Magistrate Judge

5-30-13
Date